## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by _Avalon Partners, Incorporated_ and/or related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Randy J. Bonito_
Full Legal Name (Print)

_RJ Bonito_
Signature

_4/27/10_
Date