## CONSENT TO SUE UNDER FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by **AVALON PARTNERS, INC.** and/or related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Hugo A. Gomez_
Full Legal Name (Print)

_[signature]_
Signature

_4/28/10_
Date