## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by **AVALON PARTNERS, INC.** and/or related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

DEXTER SINCLAIR JOHNSON
Full Legal Name (Print)

*[signature]*
Signature

6/3/2010
Date