Buchwald, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY BONITO and BRIAN CESPEDES on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AVALON PARTNERS, INC, and VINCENT AU,

Defendants.

INDEX NO: 10-CV-3606 (NRB)

STIPULATION AND TOLLING AGREEMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/10

**TOLLING AGREEMENT AND ORDER REQUESTING EXTENSION OF TIME FOR FILING OF DEFENDANTS' RESPONSIVE PLEADING**

1. The parties, by and through their undersigned counsel, have agreed and stipulate to request the Court to extend the time for Defendants to answer, move or otherwise respond in the above-captioned action until Monday, July 26, 2010. Plaintiffs believe that Defendants' original response date is June 8, 2010. The stipulated request is for good cause, and the requested enlargement will not adversely affect the schedule of the matter.

2. The parties, by and through their undersigned counsel, have agreed and stipulate to toll the statute of limitations for the opt-in period for Claims under the Fair Labor Standards Act for those individuals defined in the Amended Complaint to opt-in to this action ("Putative Collective Action Members") from June 8, 2010, until Defendants have submitted their answer to the complaint, move or otherwise respond, and, to the extent Defendants file a motion, until Plaintiffs respond and the Court renders a decision on said motion.

By: ____________________
Matthew Kadushin, Esq. (MK-1968)
JOSEPH, HERZFELD, HESTER, & KIRSCHENBAUM LLP
757 Third Avenue, 25th Fl.
New York, New York 10017
(212) 688-5640

*Counsel for Named Plaintiff and FLSA Collective Plaintiffs*

By: ____________________
Sameer Rastogi, Esq. (SR-5249)
SICHENZIA ROSS FRIEDMAN FERENCE LLP
61 Broadway, 32nd Floor
New York, NY 1006
212-930-9700

*Counsel for Defendants, Avalon Partner and Vincent Au*

Dated: June 9, 2010

SO ORDERED:

Dated: June 9, 2010
New York, NY

By: ____________________
Judge Naomi Reice Buchwald