# SICHENZIA ROSS FRIEDMAN FERENCE LLP
### ATTORNEYS AT LAW

October 4, 2010

*Via Facsimile (212) 805-7927*

Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Bonito, et al. v. Avalon Partners, Inc. and Vincent Au
              Case No. 10-CV-3606 (NRB)

Dear Judge Buchwald:

      This firm represents Defendants Avalon Partners, Inc. and Vincent Au (collectively, the "Defendants") in the above-referenced action. In early September 2010, the parties agreed to mediate this action, and, to preserve the resources of the parties and the Court, agreed that such mediation should take place prior to Defendants answering or moving with respect to the Complaint. To that end, the parties entered into a Stipulation and Tolling Agreement, "so ordered" on September 14, 2010, which extended Defendants' time to answer or move to November 10, 2010, and referred this action to a Magistrate Judge for mediation.

      By Order, dated September 23, 2010, Magistrate Andrew J. Peck scheduled a settlement conference for December 2, 2010. The parties intend to exchange limited pre-mediation discovery in order to have a better possibility of resolving this matter before Judge Peck. As a result of the foregoing, Defendants' time to answer or move with respect to the Complaint will expire prior to the mediation of this action.

      Accordingly, the parties jointly request that Defendants' time to answer or move with respect to the Complaint be extended to ~~January 7, 2011~~ December 15, 2010 /NRB/ so that the parties can complete mediation prior to the time they are required to answer or move.

                                                      Respectfully submitted,

                                                      Sameer Rastogi (SR-5549)

SO ORDERED:
_/s/ Naomi Reice Buchwald_
Hon. Naomi Reice Buchwald, U.S.D.J.  10/4/10

cc:    Matthew Kadushin, Esq. (via facsimile only)

**SRFF**

61 BROADWAY | NEW YORK, NEW YORK 10006
T 212 930 9700 | F 212 930 9725 | WWW.SRFF.COM